L. Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORETTA CAROLL, an individual,**<br><br>Plaintiff,<br><br>vs.<br><br>**RASH CURTIS & ASSOCIATES, and DOES 1 through 10,**<br><br>Defendant. | Case No. 1:14-cv-01246-AWI-SKO<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff, LORETTA CAROLL, and Defendant, RASH CURTIS & ASSOCIATES, to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///

1

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated:   November 19, 2014                                                          
                                                                SENIOR  DISTRICT  JUDGE